**Opinion issued August 30, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-00452-CV**

_____

**CONARC, INC., Appellant**

**V.**

**THE SHERWIN-WILLIAMS COMPANY, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Court Cause No. 120184**

---

**MEMORANDUM OPINION**

Appellant has filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred

them, in accordance with the parties' agreement.  *See* TEX. R. APP. P. 42.1(d).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.